JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHANGZHENG ZHENG,<br>Petitioner,<br>v.<br>WARDEN, DESERT VIEW FACILITY, ET AL.,<br>Respondent. | Case No. 5:26-cv-04296-AYP<br>JUDGMENT |

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: November 23, 2026

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE